

BLANK ■ ROME LLP
COUNSELORS AT LAW



RECEIVED
JUN 25 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

*Phone:* (212) 885-5148
*Fax:* (917) 332-3838
*Email:* LLambert@BlankRome.com

June 25, 2008

**By Fax (212) 805-7917**

Honorable Robert P. Patterson, Jr.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, New York 10007

# MEMO ENDORSED

Re:    Oldendorff Carriers GmbH & Co. KG v. Sidor, C.A.
       08 Civ. 5446 (RPP)
       Our Ref.: 667664-00601

Dear Judge Patterson:

We represent Plaintiff Oldendorff Carriers GmbH & Co. KG in this "Rule B" attachment action. The unredacted Complaint and attachment papers were filed under seal pursuant to the enclosed Order of June 13, 2008, signed by Judge Koeltl sitting in Part 1.

The Order provides that the papers "shall remain under seal pending further order of this Court." Yesterday, we were notified by several banks that funds of Defendant had been attached. We sent Defendant the required notice pursuant to Local Rule B.2. The law firm of Holland & Knight contacted us and informed us that they had been retained by Defendant.

Accordingly, there is no longer any need for the sealing order, and we respectfully request that it be lifted so that we may file the unredacted papers with the Clerk and the matter may proceed as a normal ECF case.

*Application granted.*
*The papers sealed in this matter by*
*order of Judge Koeltl are hereby ordered*
*on June 13 2008 are hereby ordered*
*& be unsealed.*  *So ordered*
   *Robert P. Patterson*
                    *USDT*
                    *6/26/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

667664.00601/6649553v.1
Delaware  •  Florida  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC  •  Hong Kong



June 25, 2008
Page 2

        We are of course at the Court's disposal to address any questions or concerns and otherwise thank the Court in advance for its consideration and action on this request.

                                        Respectfully submitted,

                                        BLANK ROME LLP

                                        By  _LeRoy Lambert_

LRL/mg
Encl.
cc:   **By Image - Chris.Nolan@hklaw.com**
        Christopher R. Nolan
        Holland & Knight
        195 Broadway
        24th Floor
        New York, NY 10007

BLANK ROME LLP
Attorneys for Plaintiff
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLDENDORFF CARRIERS GMBH & CO. KG

        Plaintiff,

    -against-

SIDOR, C.A.

        Defendant.

08 Civ.

**ORDER OF SEALING**

---

Upon reading the Declaration of LeRoy Lambert in support of Plaintiff's application to file under seal the Verified Complaint and all papers submitted with or upon Plaintiff's application for an Order for Issuance of Maritime Attachment and Garnishment pursuant to F. R. Civ. P. Supplemental Rule B, it is

ORDERED, pursuant to F. R. Civ. P. Rule 5.2(d) that the Complaint and all papers submitted with or upon Plaintiff's application for an Order for Issuance of Maritime Attachment and Garnishment shall be filed under seal and shall remain under seal until the further order of this Court and that an appropriately redacted Verified Complaint shall be filed with the Clerk of the Court, *and that appropriately redacted papers in connection with the Order for Issuance of Maritime Attachment also to filed with the Clerk of the Court*

Dated: June 13, 2008

                            UNITED STATES DISTRICT JUDGE

*This Order and accompanying declaration can be filed under seal. So ordered*
*6/13/08*

667664.00601/6646260v.1