BLANK ROME LLP
Attorneys for Plaintiff
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLDENDORFF CARRIERS GMBH & CO. KG

    Plaintiff,

-against-

SIDOR, C.A.

    Defendant.

08 Civ.

**Rule 7.1 Statement**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff, OLDENDORFF CARRIERS GMBH & CO. KG ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
               June 13, 2008

                                            BLANK ROME LLP
                                            Attorneys for Plaintiff

                                            By _____
                                            LeRoy Lambert (LL 3519)
                                            The Chrysler Building
                                            405 Lexington Avenue
                                            New York, NY  10174-0208
                                            Tel.: (212) 885-5000