UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| OLDENDORFF CARRIERS GMBH & CO. KG<br><br>Plaintiff,<br><br>-against-<br><br>SIDOR, C.A,<br><br>Defendant. | 08 Civ. 5446 (RPP)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD.

Please enter my appearance in accordance with Rule E(8) of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime Claims as counsel for SIDOR, S.A. I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
       July 21, 2008

HOLLAND & KNIGHT LLP

By: /s/ Christopher R. Nolan
    Christopher R. Nolan

195 Broadway
New York, New York 10007-3189
(212) 513-3200

*Attorneys for Defendant*
*Sidor, S.A.*

# 5490154_v1