PATTERSON

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLDENDORFF CARRIERS GMBH & CO. KG

        Plaintiff,

   -against-

SIDOR, C.A,

        Defendant.

08 Civ. 5446 (RPP)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Oldendorff Carriers GMBH & Co. KG and Defendant Sidor, C.A. that the time of said Defendant to serve its Answer to Plaintiff's Verified Complaint is hereby extended to and including September 1, 2008.

Dated: New York, New York
      July 21, 2008

BLANK ROME LLP

By: _____
LeRoy Lambert
The Chrysler Building, 24th Floor
405 Lexington Avenue
New York, NY 10174-020
(212) 885-5248
*Attorneys for Oldendorff Carriers
GMBH & Co. KG*

Dated: New York, New York
      July 21, 2008

HOLLAND & KNIGHT LLP

By: _____
Juan A. Anduiza
James H. Johenstein
195 Broadway
New York, New York 10007-3189
(212) 513-3200
*Attorneys for Sidor, C.A.*

SO ORDERED

_____
HON. ROBERT P. PATTERSON, JR.

July 22, 2008