

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLDENDORFF CARRIERS GMBH & CO. KG

        Plaintiff,

-against-

SIDOR, C.A,

        Defendant.

08 Civ. 5446 (RPP)
ECF CASE

**STIPULATION AND ORDER FOR**
**SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED that Squire, Sanders & Dempsey L.L.P.,

1095 Avenue of the Americas, New York, New York 10036, be substituted in place of Holland

& Knight LLP, 195 Broadway, New York, New York 10007, as attorneys for defendant Sidor,

S.A., in this action.

Dated: August 27, 2008

HOLLAND & KNIGHT LLP

By: _____
Christopher R. Nolan
195 Broadway
New York, New York 10007
Telephone: (212) 513-3200
Telefax: (212) 385-9010 fax
E-mail: chris.nolan@hklaw.com
*Outgoing Attorneys for Defendant*
*Sidor, S.A.*

SQUIRE, SANDERS & DEMPSEY LLP

By: _____
Juan A. Anduiza
1095 Avenue of the Americas,
New York, New York 10036
Telephone: (212) 872-9800
Telefax: (212) 872-9815
E-mail: janduiza@ssd.com
*Incoming Attorneys for Defendant*
*Sidor, S.A.*

**SO ORDERED:**

_____ USDJ. 8/28/08
United States District Judge           Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLDENDORFF CARRIERS GMBH & CO. KG,

Plaintiff,

-against-

SIDOR, C.A.,

Defendant.

08 Civ. 5446 (RPP)
ECF CASE

**LOCAL CIVIL RULE 1.4**
**DECLARATION**

Juan A. Anduiza, declares under penalty of perjury as follows:

1.     I am admitted to the Bar of this Court. I am a senior counsel with the law firm of Squire, Sanders & Dempsey LLP, Incoming Attorneys for Defendant, Sidor, C.A. ("Sidor").

2.     This declaration is submitted in accordance with Local Civil Rule 1.4 and in support of the Stipulation of counsel concerning the substitution of counsel.

3.     The posture of the case is as follows: On July 21, 2008, the parties submitted a Stipulation and Order concerning the extension of Sidor's time to Answer the Verified Complaint until September 1, 2008, which was so-ordered by this Court. On August 18, 2008, the parties received a calendar notice that a case management conference would be held with Your Honor on October 3, 2008.

4.     The reason for substitution of counsel is the decision of and at the instruction of Defendant, Sidor.

5.    Substitution of counsel will not delay the proceedings in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        August 27, 2008


                                          /s/ Juan A. Anduiza
                                          Juan A. Anduiza

To:    LeRoy Lambert
       Blank Rome LLP
       Chrysler Building
       405 Lexington Avenue
       New York, NY 10174-0208
       Attorneys for Oldendorff Carriers GmbH

       Christopher R. Nolan, Esq.
       Holland & Knight LLP
       195 Broadway
       NY, NY 10007
       Outgoing Attorneys for Sidor, C.A.

RECEIVED
AUG 2 8 2008
CHAMBERS OF
JUDGE ROBERT F. PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
·····················································

OLDENDORFF CARRIERS GMHB & CO. KG          08 Civ. 5446 (RPP)
                                           ECF CASE
                    Plaintiff,

          -against-                        **AFFIDAVIT OF SERVICE**

SIDOR, C.A.,

                    Defendant.
·····························}·····································
STATE OF NEW YORK    }
                     }S.S.:
COUNTY OF NEW YORK   }

          MIGUEL RODRIGUEZ, being duly sworn, deposes and says: deponent is not a party to
the action, is over 18 years of age and resides in Astoria, NY 11105.

          That on the 27th day of August 2008 I served via U.S. mail a true copy of the foregoing
Stipulation and Order for Substitution of Counsel and Local Civil Rule 1.4 Declaration upon
plaintiffs' counsel:

LeRoy Lambert
Blank Rome LLP
Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208

                                                    MIGUEL RODRIGUEZ

Sworn to before me this
27th day of August 2008

Notary Public

          KOSTADINA LAMBROU
     Notary Public, State of New York
              No. 01LA5041943
        Qualified in Queens County
     Commission Expires April 10, 20__