UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLDENDORFF CARRIERS GMBH & CO. KG,<br><br>        Plaintiff,<br><br>    -against-<br><br>SIDOR, C.A.,<br><br>        Defendant. | Case No. 08 Civ. 5446<br>    ECF CASE<br><br>**CORPORATE<br>DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for Defendant, Sidor, C.A., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

   None

Dated:  New York, New York
        August 29, 2008

                                        Respectfully submitted,

                                        **SQUIRE, SANDERS & DEMPSEY L.L.P.**

                                        By: _____
                                        Juan Anduiza
                                        1095 Avenue of the Americas
                                        31st Floor
                                        New York, New York 10036
                                        (212) 407-0100
                                        *Attorneys for Defendant Sidor, C.A.*

                                        Douglas Burnett
                                        1095 Avenue of the Americas
                                        31st Floor
                                        New York, New York 10036
                                        (212) 407-0100
                                        *Attorneys for Defendant Sidor, C.A.*